*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, GASTON, and FOIL,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Timothy D. JOSHUA**
Aviation Boatswain's Mate Fuel Handler Third Class
(E-4), U.S. Navy
Appellant

**No. 201900222**

Decided: 9 January 2020.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Captain Michael J. Luken, JAGC, USN. Sentence adjudged 22 April 2019 by a special court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: a bad-conduct discharge.

For Appellant: Captain Jeremiah J. Sullivan III, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court